UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLE BOGEN BETTIN,<br><br>Defendant. | 4:23-CR-40036-KES<br><br><br>REPORT AND RECOMMENDATION |

This matter came before the court for a change of plea hearing on Wednesday, September 27, 2023. The defendant, Cole Bogen Bettin, appeared in person and by his counsel, the Assistant Federal Public Defender. The United States appeared by its Assistant United States Attorney.

The defendant consented in open court to the change of plea before a United States Magistrate Judge. This court finds that the defendant's consent was voluntary and upon the advice of counsel. The government also consented to the plea hearing before a magistrate judge. Further, the parties waived their right to object to the report and recommendation. The defendant also waived his right to an indictment. The court independently finds such waiver to have been knowing, intelligent and voluntary.

Defendant has reached a plea agreement wherein he intends to plead guilty to a superseding information which charges him with attempted receipt

of child pornography in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

At the hearing, the defendant was advised of the nature of the charges to which the defendant would plead guilty and the maximum penalties applicable, specifically: a mandatory minimum of 5 years' imprisonment and a maximum of 20 years' imprisonment; a $250,000 fine; or both; a mandatory minimum term of 5 years and up to lifetime on supervised release; an additional 2 years' imprisonment if supervised release is revoked; but if supervised release is revoked for a new felony violation of Chapter 109A (sexual abuse), chapter 110 (sexual exploitation and other abuse of children), chapter 117 (transportation for illegal sexual activity and related crimes), section 1201 (kidnapping), or section 1591 (sex trafficking of children by force, fraud or coercion), defendant may be imprisoned up to life but in any case for no less than 5 years; and a $100 special assessment.

Upon questioning the defendant personally in open court, it is the finding of the court that the defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges and the consequences of the plea, and that his plea of guilty to the indictment is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense.  It is my report and

2

recommendation that the defendant's plea of guilty be accepted and that he be adjudged guilty of that offense.

It is further

ORDERED that the defendant self-surrender to the United States Marshals this same day.

DATED this 27th day of September, 2023.

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge

3