UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>COLE BOGEN BETTIN,<br><br>Defendant. | 4:23-CR-40036-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On September 27, 2023, defendant, Cole Bogen Bettin, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to the Superseding Information. The Superseding Information charges Bettin with Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A) and 2252A(b)(1). Docket 31. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 35) is adopted as amended. The defendant is adjudged guilty of Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A) and 2252A(b)(1).

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on January 8, 2024 at 11:00 a.m. in Sioux Falls Courtroom 2.

Dated October 2, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE